Argued and submitted November 19, affirmed December 16, 2009

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## ROBERT JOE CORN,
*Respondent-Appellant.*

Lincoln County Circuit Court
082398; A140600

222 P3d 48

Dennis V. Messoline argued the cause and filed the brief for appellant.

Greg Rios, Assistant Attorney General, argued the cause for respondent. With him on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Sercombe, Presiding Judge, and Brewer, Chief Judge, and Leonard, Judge pro tempore.

PER CURIAM